JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RODTOBY D. BLACKBURN, | NO. CV 09-00625 AHM (SS) |
|                    Petitioner, | |
| | **JUDGMENT** |
|       v. | |
| CHUCK DeROSA, Warden, | |
| | |
|               Respondent. | |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: March 20, 2009

_____
A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE